### (May 19, 1941.)

CELIA BLUM, Respondent, v. DOROTHY KRAMPNER, Doing Business as AUTO DISCOUNT Co., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

ADELE BUGEJA and Another, Respondents, v. GUSTAVE BUTZE, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

PATRICK J. CALLAHAN, Respondent, v. NEW YORK CITY EMPLOYEES RETIREMENT SYSTEM and THE CITY OF NEW YORK, Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

CITY BANK FARMERS TRUST COMPANY, as Trustee under a Trust Agreement Dated July 15, 1931, Made by MARIE KATHRYN NEARY, Respondent, v. MARIE KATHRYN NEARY, Respondent; WILLIAM G. Ross, Guardian ad Litem for the Infant Defendants ROBERT F. ALEXANDER, JR., and Others, Appellants; FLORENCE ALEXANDER and Others, Defendants.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Johnston, Taylor and Close, JJ.; Carswell, J., not voting.

JOHN ELDRIDGE and Another, Respondents, v. BENJAMIN M. PEARSON, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.